CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

MAY 1 0 2006

JOHN F CORCORAN, CLERK
BY
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MICHAEL ALLEN DOWDY, JR.,     Plaintiff, | Civil Action No. 7:06CV00285 |
| v. | **FINAL ORDER** |
| SOUTHWEST VIRGINIA REGIONAL JAIL, ABINGDON FACILITY,     Defendant. | By Hon. Glen E. Conrad<br>United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

### ORDERED

that the plaintiff's complaint shall be **DISMISSED** and **STRICKEN** from the active docket of the court, pursuant to 28 U.S.C. § 1915A(b)(1).

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the plaintiff and counsel of record for the defendants.

ENTER: This 10th day of May, 2006.

_____
United States District Judge